# 07 CV 10484 CLOSED

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01645-BEN-JMA
## Internal Use Only

E-Tickets Software, Inc. v. New Years Nation, LLC et al
Assigned to: Judge Roger T. Benitez
Referred to: Magistrate Judge Jan M. Adler
Demand: $131,000
Cause: 28:1332 Diversity-Conversion

Date Filed: 08/20/2007
Date Terminated: 11/13/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**E-Tickets Software, Inc.**
*a California Corporation*

represented by **Alexander Warren Tucker**
Law Offices of Alexander W Tucker
402 W Broadway
Suite 2700
San Diego, CA 92101
(619)231-2177
Fax: (619)670-0905
Email: awtbar@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**New Years Nation, LLC**
*a New York Limited Liability Company*

represented by **Stephen A Spataro**
Spataro and Associates
100 Wilshire Boulevard
Suite 200
Santa Monica, CA 90401
(310)917-4557
Fax: (310)917-4520
Email: steve@spataro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

| | | |
|---|---|---|
| **Jann Yogman** *an Individual* | | represented by **Stephen A Spataro** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Does 1-20**
*Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2007 | 1 | COMPLAINT with Jury Demand against New Years Nation, LLC, Jann Yogman, Does 1-20 ( Filing fee $ 350 receipt number 141690.), filed by E-Tickets Software, Inc..(ldp)(bar ). (Entered: 08/22/2007) |
| 08/20/2007 | 2 | Summons Issued as to New Years Nation, LLC, Jann Yogman, Does 1-20. (ldp) (Entered: 08/22/2007) |
| 09/21/2007 | 3 | SUMMONS Returned Executed by E-Tickets Software, Inc.. Jann Yogman served on 8/21/2007, answer due 9/10/2007. (joeh)(mam). (Entered: 09/21/2007) |
| 09/21/2007 | 4 | SUMMONS Returned Executed by E-Tickets Software, Inc.. New Years Nation, LLC served on 8/21/2007, answer due 9/10/2007. (joeh) (mam). (Entered: 09/21/2007) |
| 09/21/2007 | 5 | NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 3 Summons Returned Executed, 4 Summons Returned Executed (joeh)(mam). (Entered: 09/21/2007) |
| 10/10/2007 | 6 | Joint MOTION for Extension of Time to File Answer *Or Other Response to Complaint* by New Years Nation, LLC, Jann Yogman. (Spataro, Stephen)(vrp). (Entered: 10/10/2007) |
| 10/12/2007 | 7 | ORDER granting 6 Motion for Extension of Time to Answer New Years Nation, LLC answer due 10/17/2007; Jann Yogman answer due 10/17/2007. Signed by Judge Roger T. Benitez on 10/12/07. (joeh) (mam). (Entered: 10/15/2007) |
| 10/15/2007 | 8 | NOTICE by New Years Nation, LLC, Jann Yogman of related case(s) United States District Court, Southern District of New York, 07CV6876, Judge Buchwald (Spataro, Stephen)(joeh, ). (Entered: 10/15/2007) |

| | | |
|---|---|---|
| 10/17/2007 | 9 | MOTION to Dismiss *Action For Improper Venue Or, In The Alternative, To Transfer Action To Southern District of New York* by New Years Nation, LLC, Jann Yogman. (Attachments: # 1 Memo of Points and Authorities In Support Of Motion of Defendants New Year's Nation, LLC And Jann Yogman To Dismiss Action For Improper Venue Or, In the Alternative, To Transfer Action To Southern District of New York# 2 Declaration Of Jann Yogman In Support Of Motion of Defendants New Year's Nation, LLC and Jann Yogman To Dismiss Action For Improper Venue Or, In The Alternative, To Transfer To Southern District Of New York# 3 Exhibit "C" To Declaration Of Jann Yogman In Support Of Motion of Defendants New Year's Nation, LLC and Jann Yogman To Dismiss Action For Improper Venue Or, In The Alternative, To Transfer Action To The Southern District of New York) (Spataro, Stephen) (kmm). (Entered: 10/17/2007) |
| 10/30/2007 |  | (Court only) Set/Reset Deadlines as to 9 MOTION to Dismiss *Action For Improper Venue Or, In The Alternative, To Transfer Action To Southern District of New York*. Motion Hearing set for 11/19/2007 10:30 AM in Courtroom 3 before Judge Roger T. Benitez. (gxr) (Entered: 10/30/2007) |
| 11/13/2007 | 10 | ORDER, Defendants Motion to Transfer Venue is granted 9, and this action is transferred to the U.S. District Court for the Southern District of New York and consolidated with the earlier filed, related case, no. 07-CV-06876-NRB. Signed by Judge Roger T. Benitez on 11/13/07. (joeh) Additional attachment(s) added on 11/15/2007 (joeh, ). (Entered: 11/15/2007) |