UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x  Index No.: 07 CV 10484

E-TICKETS SOFTWARE, Inc.,

                          Plaintiff,             SUBSTITUTION OF
                                                    ATTORNEY

                    -against-

NEW YEARS NATION, LLC, JANN YOGMAN, and
DOES 1-20

                        Defendants.
_____x

**IT IS HEREBY CONSENTED THAT** EDWARD C. GREENBERG P.C., 570 Lexington Ave., New York, New York 10022, will be substituted as counsel of record for New Years Nation, LLC and Jann Yogmann in the above entitled action in place and stead of the undersigned attorney(s), STEVEN A. SPATARO as of the date hereof.

Dated: December 20, 2007

_____        _____
Jann Yogman, individually        New Years Nation
                                            By: Jann Yogman, President

_____        _____
Steven A. Spataro, Esq.          Edward C. Greenberg, Esq.
Spataro and Associates           Edward C. Greenberg P.C.
100 Wilshire Blvd., Suite 200    570 Lexington Ave., 17th Floor
Santa Monica, CA 90401-1111      New York, New York 10022
(Present Attorney)               (New Attorney)

_____
Notary Public

                                EDWARD C. GREENBERG
                             Notary Public, State of New York
                                 No. 31-4688978
                             Qualified in New York County
                           Commission Expires July 31, 200__

                                          10/9/09