UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E-TICKETS SOFTWARE, INC.                     Plaintiff, <br><br> -v- <br><br> NEW YEARS NATION, LLC, JANN YOGMAN, and DOES 1-20 <br>                                                            Defendant. | Case No. 07 CV 10484 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__all defendants__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 1/15/08

Signature of Attorney

**Attorney Bar Code:** ECG 5553

Form Rule7_1.pdf  SDNY Web 10/2007