Edward C. Greenberg, Esq. (ECG 5553)
EDWARD C. GREENBERG P.C.
570 Lexington Ave. 17th Floor
New York, New York
(212) 697-8777

Attorneys for Jann Yogman and New Year's Nation LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x   Index No.: 07 CV 6876

NEW YEAR'S NATION, LLC,

       Plaintiff,

   -against-

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

       Defendants.
_____x   Index No.: 07 CV 10484

E-TICKETS SOFTWARE, Inc.,

       Plaintiff,      **ANSWER**

   -against-

NEW YEARS NATION, LLC, JANN YOGMAN, and
DOES 1-20

       Defendants.
_____x

The above captioned actions have been consolidated by order of Justice Roger T. Benitez of the United States District Court for the Southern District of California. Jann Yogman ("Yogman") and New Year's Nation ("Nation"), LLC by its undersigned counsel, as

and for its Answer to the Complaint dated August 15, 2007, filed in The Southern District of California by E-Tickets Software Inc. (E-Tickets), hereby responds as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 1 and 2.

2. Denies those allegations contained in paragraph 3 to the extent that the allege New Years Nation, LLC is a limited partnership. Admits the balance of the allegations contained in paragraph 3.

3. Admits those allegations contained in paragraphs 4 and 5 of the complaint.

4. Admits those allegations contained in paragraph 6 of the complaint which state that Nation and E-Tickets entered into a software licensing agreement. Denies that Nation and E-Tickets entered into a written Equipment Rental Agreement. Denies the balance of the allegations and refers to this honorable Court all matters of law and fact with respect to any documents referenced in paragraph 6 in the complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the complaint.

6. Defendant admits those allegations contained in paragraph 8 which state that YOGMAN is the sole stockholder in NEW YEARS NATION, LLC. Denies the remainder of the allegations as plead.

7. Paragraphs 9 and 10 of the complaint contain only allegations of law which require no response.

8. Denies those allegations contained in paragraph 11 of the complaint and defers to this honorable court all issues of venue.

9. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 of the complaint.

10. Admits those allegations contained in paragraph 13 of the complaint only to the extent that Nation and Yogman stage New Years Eve events. Denies knowledge or information sufficient to form a belief as to the balance of the allegations contained therein.

11. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of the complaint and refers to the court any questions of law or fact concerning the agreements or writings referenced therein.

12. Admits that a document is annexed to the complaint as exhibit 2. Denies the balance of those allegations contained in paragraph 15 of the complaint.

13. Admits those allegations contained in paragraphs 16, 17, and 18 of the complaint and refers to the court any questions of law or fact concerning the agreements or writings referenced therein.

14. Denies those allegations contained in paragraph 19 of the complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 20, 21 and 22 of the complaint.

16. Admits that portion of the allegations contained in paragraph 23 of the complaint which states that E-Tickets transferred by wire a sum $97,978.2. Denies that the entire sum was wired in January as part of it was transferred on December 20, 2006. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations contained in paragraph 23 of the complaint.

17. With respect to paragraph "24" defendant admits that both E-TICKETS and YOGMAN were present at the referenced INTIX tradeshow in Houston, Texas on January

28, 2007. The balance of paragraph "24" is utterly incomprehensible as drafted and defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations contained in the paragraph as they are inartfully plead.

18. With respect to paragraph 25, defendant renews its answers to paragraphs "1" through "24."

19. Denies the allegations contained in paragraph 26 of the complaint.

20. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 of the complaint.

21. With respect to paragraph 28, defendant renews its answers to paragraphs "1" through 27."

22. Denies all allegations contained in paragraphs 29, 30, 31 and 32 of the complaint.

23. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 33 of the complaint.

24. With respect to paragraph 34 of the complaint, defendant renews its answers to paragraphs "1" through "33."

25. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 35 and 36 of the complaint.

26. Admits that portion of the allegations in paragraph 37 to the extent that they allege that Mr. Yogman was present at said trade show. Denies the balance of the allegations contained therein.

27. Denies all allegations contained in paragraphs 38, 39 and 40 of the complaint.

28. Paragraph 41 of the complaint contains only allegations of law which requires no response.

Dated: January 11, 2008
      New York, New York

EDWARD C. GREENBERG P.C.

*/s/ Edward C. Greenberg*

Edward C. Greenberg, Esq. (ECG 5553)
570 Lexington Avenue, 17th Floor
New York, New York 10022
Attorneys for Plaintiff/Counterclaim
Defendants

## CORPORATE VERIFICATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANN YOGMAN, being duly sworn deposes and says:

I am an officer of New Years Nation, the plaintiff in the original action (with an index number of 07 CV 6876) and a defendant in the consolidated action (with an index number of 07 CV 10484) and have read the Verified Answer and know the contents thereof; the same is true to my own knowledge, except to those matters therein stated to be on my information and belief and as to those matter I believe it to be true.

Jann Yogman

Sworn to this 14th day
of January, 2008

Notary Public

EDWARD C. GREENBERG
Notary Public, State of New York
No. 31-4688978
Qualified in New York County
Commission Expires July 31, 200_

10/9/09

## VERIFICATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANN YOGMAN, being duly sworn deposes and says:

I am a defendant in the consolidated action, (with an index number of 07 CV 10484) and have read the Verified Answer and know the contents thereof; the same is true to my own knowledge, except to those matters therein stated to be on my information and belief and as to those matter I believe it to be true.

*Jann Yogman*

Sworn to this ___ day
of January, 2008

*Notary Public*

EDWARD C. GREENBERG
Notary Public, State of New York
No. 31-4688978
Qualified in New York County
Commission Expires July 31, 200__

10/8/09